UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 08-14112-CIV-GRAHAM/LYNCH

FRANK SORRENTINO,

    Plaintiff,

vs.

AETNA LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF TELEPHONIC STATUS CONFERENCE

**THIS CAUSE** is hereby set for a telephonic status conference before the undersigned on **Wednesday, July 2, 2008 at 2:00 P.M.**

In a case that the Court sets for telephonic status **conference, no counsel shall appear in person. Instead, all counsel shall attend via telephone. Counsel shall contact the Court at 2:00 P.M. by calling the following toll-free number, 1-866-208-6278 (Conference ID # 3214374).**

Counsel for Plaintiff(s) and Defendant(s) are directed to file and serve a **joint** status report <u>and</u> completed Election to Jurisdiction By A United States Magistrate Judge for Final Disposition of Motions <u>or</u> completed Election to Jurisdiction By A United States Magistrate Judge for Trial (forms enclosed) **by Friday, June 27, 2008.** Failure to file a timely joint status report and election form shall be grounds for dismissal.

    <u>Magistrate Election Form</u>

**All parties to the action shall sign the magistrate election form timely and in accordance with the CM/ECF Administrative Procedures so that it may be filed and properly docketed by Friday, June 27, 2008.**

<u>The Joint Status Report Shall Contain The Following</u>:

1. A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.

2. A brief summary of facts which are uncontested or which can be stipulated to without discovery.

3. A brief summary of the issues as presently known.

4. A summary of any pending motions.

5. The progress of discovery in the case, and the approximate time at which the case will be ready for trial and/or final pretrial conference.

6. The projected time necessary for trial, and a statement of whether the case is a jury or non-jury trial.

7. Any unique legal or factual aspects of the case requiring special consideration by the Court.

8. Status of any potential settlement.

9a. A statement as to whether the parties will elect to a Magistrate Judge for the following:

    (i)    Final Disposition By the Magistrate Judge of Motions for Costs;

    (ii)    Final Disposition By the Magistrate Judge of

        Motions for Attorneys' Fees;

(iii)    Final Disposition By the Magistrate Judge of Motions for Sanctions;

(iv)    Final Disposition By the Magistrate Judge of Motions to Dismiss;

(v)    Final Disposition By the Magistrate Judge of Motions for Summary Judgment;

(vi)    Trial; and

(vii)    Other.

9b. Whether there are any unique issues in the case, such as complicated accountings, etc., which should be referred to a Special Master or Magistrate Judge.

The parties should note that final disposition by a Magistrate Judge of discovery motions does not require the election of the parties, and such motions will be referred to a Magistrate Judge as a matter of course.

With respect to trials before a Magistrate Judge, the parties should be aware that a Magistrate Judge may conduct all proceedings in the case including a jury or non-jury trial, and order the entry of a final judgment. The parties should be aware that generally this Court cannot accommodate requests for a special setting beyond the normal two-week calendar. A Magistrate Judge's calendar, however may afford such requests. Parties who consent to trial before a Magistrate Judge may be excused from attending the above-scheduled status conference <u>provided</u> they give <u>both</u> <u>oral</u> <u>and</u> <u>written</u> notice to the Court at least 24 hours before the time set

for the status conference.

10. Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action. In the event that motion(s) are pending before the Court at the time of the status conference, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

11. Counsel shall comply with the CM/ECF Administrative Procedures and submit the final version of any proposed document by e-mail in WordPerfect format. The proposed document shall be forwarded separately to this Division's NEF (Notice of Electronic Filing) Account. The e-mail subject line and the name of the attachment should include the case number, reference the docket entry number, followed by a short description of the attachment (e.g., 0x-cv-xxxxx Order on _____) to graham@flsd.uscourts.gov.

12. The parties are directed to this Court's website, www.flsd.uscourts.gov to review this Division's trial practice procedures and for additional information.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of June, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 08-14112-CIV-GRAHAM/LYNCH

FRANK SORRENTINO,

    Plaintiff,

vs.

AETNA LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | | | |
|---|---|---|---|---|---|
| 1. | Motions to Dismiss | Yes | ____ | No | ____ |
| 2. | Motions for Summary Judgment | Yes | ____ | No | ____ |
| 3. | All Pretrial Motions | Yes | ____ | No | ____ |
| 4. | Other | Yes | ____ | No | ____ |

_____      _____
(Date)                       (Signature) Counsel for

_____      _____
(Date)                       (Signature) Counsel for

_____      _____
(Date)                       (Signature) Counsel for

_____      _____
(Date)                       (Signature) Counsel for

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 08-14112-CIV-GRAHAM/LYNCH

FRANK SORRENTINO,

    Plaintiff,

vs.

AETNA LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.[1]

_____          _____
(Date)                     (Signature) Counsel for

_____          _____
(Date)                     (Signature) Counsel for

_____          _____
(Date)                     (Signature) Counsel for

---

[1] A Magistrate Judge may conduct jury trials if the underlying claims support a demand for a jury. In addition, a Magistrate Judge can generally accommodate special settings.